| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:02CR00135 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 4-05CR-128-Y |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jason Eli Strahan 531 Bedford Road Bedford, TX 76022 | DISTRICT Southern District of Ohio | DIVISION Western |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Sandra S. Beckwith Chief United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 10, 2005 — TO May 9, 2008 |

OFFENSE
Bank Fraud, Title 18, Section 1344

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 28 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____7/14/05_____     _____[signature]_____
Date                                       Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____7-28-05_____     _____Terry R. Means_____
Effective Date                          United States District Judge