*Office of the Clerk*
*United States District Court*
*Potter Stewart U.S. Courthouse*
*103 East Fifth Street*
*Cincinnati, Ohio 45202*
*(513) 564-7520*

August 2, 2005

Office of the Clerk
U.S. District Court
501 West 10th St., Room 310
Fort Worth, TX 76102-3673

*IN RE: CR-1-02-135-1, USA v Jason Strahan*
Transfer of Jurisdiction

  Enclosed please find a copy of the Indictment, the Judgment & Commitment Order on Sentencing, a copy of the Transfer of Jurisdiction, Form 22, the docket sheet, and a ledger of payments made towards restitution.

            Sincerely,

            Mary C. Brown,
            Deputy Clerk

Encls.